**Order entered October 5, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01395-CV**

**NAVAL PATEL, Appellant**

**V.**

**OSCAR INSURANCE COMPANY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18066**

**ORDER**
Before Justices Whitehill, Pedersen, III, and Reichek

Before the Court is appellant's September 17, 2020 motion for rehearing and to reinstate the appeal. Our records show this case was dismissed for want of prosecution, in particular because appellant failed to file his brief. In his motion, appellant contends he filed his brief via the Texas electronic filing system, but was unable to verify it had been filed on the Court's case management system due to the ransomware attack. Appellant's motion is not verified or otherwise supported with evidence showing the brief was filed with the electronic filing system.

Appellant is requested to provide evidence in support of his motion, via affidavit or otherwise, within **TEN DAYS** of the date of this order. Failure to do so will result in the denial of the motion without further notice.

Appellee may file a response no later than **TEN DAYS** from the later of the date appellant files his evidence or, if not filed, from the deadline for appellant to file his evidence.


/s/    BILL WHITEHILL
        JUSTICE